UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENYA DANTZLER, | ) |
| | ) No. 11 C 1476 |
| Plaintiff, | ) |
| vs. | ) Judge Hibbler |
| | ) Magistrate Judge Keys |
| CITY OF CHICAGO, et al., | ) |
| Defendants. | ) |

## NOTICE OF MOTION

**TO:**  Brian Gainer  Gina Brock
Johnson and Bell  Jeffrey Hansen
33 West Monroe Street, Suite 2700  United States Attorney's Office
Chicago, Illinois 60603-5404  219 South Dearborn Street, Fifth Floor
 Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that at 9:30 a.m., on December 13, 2011, or as soon thereafter as counsel may be heard, I shall appear before Honorable Judge William J. Hibbler, or any judge sitting in his stead, in Courtroom 1225 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, and present the accompanying **Plaintiff's Agreed Motion to Extend Time to Complete Discovery**.

## CERTIFICATE OF SERVICE

I, Ryan Melyon, certify that on Thursday, December 8, 2011, this notice and the above-described motion were filed through the District Court's CM/ECF automated docketing system thereby causing service upon all counsel of record.

/s/ Ryan Melyon
*Counsel for Plaintiff*

Ryan Melyon
Jackowiak Law Offices
20 North Clark Street, Suite 1700
Chicago, Illinois 60602
(312) 795-9595